IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**DELANO GAMBLE,**             )
      **Plaintiff,**         )
                              )
      vs.                     )
                              )   **CASE NO.12-1271-SCW**
**DR. NWAOBASI, J SCHOENBECK, LT** )
**LASHBROOK, UNKNOWN PARTY**     )
**Towers 4, 5 and 16, Menard CC,** )
**OFFICERS IA Officers, and WARDEN** )
**ATCHISON,**                    )
                              )
      **Defendant(s).**      )

### JUDGMENT IN A CIVIL CASE

Defendants **LT. LASHBROOK and UNKNOWN PARTY TOWERS 4, 5 and 6 MENARD CC** were dismissed on January 14, 2013 by an Order entered by District Judge Michael J. Reagan (Doc. 6).

Defendant **OFFICERS IA Officer, Menard CC** was granted summary judgment on July 3, 2013 by an Order entered by District Judge Michael J. Reagan (Doc. 44).

The remaining Defendants **DR. NWAOBASI, J SCHOENBECK, and WARDEN ATCHISON** were granted summary judgment on November 15, 2013 by and Order entered by Magistrate Judge Stephen C. Williams (Doc. 59).

IT IS THEREFORE ORDERED judgment is entered in favor of Defendants **DR. NWAOBASI, J SCHOENBECK, LT LASHBROOK, UNKNOWN PARTY Towers 4, 5 and 16 Menard CC, OFFICERS IA Officers, Menard CC** and **WARDEN ATCHISON** and against Plaintiff **DELANO GAMBLE**.

Plaintiff shall take nothing from this action.

**DATED** this 15th day of November, 2013

            **NANCY J. ROSENSTENGEL, CLERK**

            BY: <u>S/ Angela Vehlewald</u>
               **Deputy Clerk**

**Approved by** <u>  S/ Stephen C. Williams  </u>
    **United States Magistrate Judge**
       **Stephen C. Williams**